478 A.2d 78

Commonwealth v. Ross, Appellant.
Petition for Allowance of Appeal
Denied Jan. 14, 1985.

Submitted November 4, 1983.   Blaise H. Coco, Jr., for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.